UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| SARAH MARIE YOUNG | : | CASE NO. 24-50550-JAM |
| | : | |
| Debtor | : | October 15, 2024 |

OBJECTION TO CONFIRMATION

Roberta Napolitano, Chapter 13 Standing Trustee, ("Trustee") objects to the confirmation of the Chapter 13 Plan (ECF No. 4, "Plan") of the above-captioned Debtor(s) ("Debtor") for the following reason(s):

1. <u>The Debtor has failed to maintain plan payments</u>: Section 1326(a) of the Bankruptcy Code requires the Debtor to start making plan payments within 30 days of filing the plan or the case, whichever is earlier. The Debtor filed this case on August 2, 2024 and a Plan (ECF No. 4) on August 2, 2024. The Debtor should have paid a total of $2,120.00. To date, the Debtor is overdue in the amount of $1,060.00. Given the failure to make payments, it appears that the Debtor will be unable to comply with 11 U.S.C. §1325(a)(6) by making all payments and complying with the Plan.

2. <u>The Plan does not conform to the claims filed</u>.

    a. The Plan states there are no unsecured non-priority claims. The Trustee calculates filed unsecured non-priority claims to be $2,330.95.
    b. The Plan proposes to cure the tax lien arrearage payable to FCM as Custodian for FIG CT 18, LLC ("FCM") by paying of $34,620.00 with interest of 18 percent a year; according to Proof of Claim No. 5, the portion of the arrearage accruing interest of 18 percent a year is $25,135.35 and the non-interest bearing portion is $15,756.69.
    c. The Plan proposes curing the real property tax arrearage due the City of Bridgeport, but it has not filed a proof of claim and the governmental bar date does not run until January 29, 2025.
    d. The Plan fails to propose to cure the arrearage on the secured debt of $1,799.10 and $1,188.17 which Aquarion Water Company ("Aquarion") and the Water Pollution Control Authority ("WPCA") asserted in in Proof of Claim Nos. 1 and 2 respectively. Interest of 18 percent a year accrues on this arrearage as well.

3. <u>The Plan is not feasible under Section 1325(a)(6) of the Bankruptcy Code.</u> The Debtor's excess income over expenses, according to Schedules I and J, is $266.00. A plan curing the debt due FCM, Aquarion and the WPCA with appropriate interest would require a monthly payment of at least $1,176.99 over a period of 60 months.

Wherefore, the Trustee requests that Confirmation of the Plan be denied.

*/s/ Roberta Napolitano, Trustee*
Roberta Napolitano, Trustee
Chapter 13 Standing Trustee
10 Columbus Blvd., 6th Floor
Hartford, CT 06106
Tel: (860) 278-9410
Email: rnapolitano@ch13rn.com
Federal Bar No.: tr0837813

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Bridgeport Division

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| SARAH MARIE YOUNG | : CASE NO. 24-50550-JAM |
| | : |
| Debtor. | : October 15, 2024 |

CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the date set forth above, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system, or by first class mail on the parties listed in section 2 below:

1. **Documents Served:** Objection to Confirmation

2. **Parties Served Via First Class Mail:**
   Debtor(s):
   SARAH MARIE YOUNG
   195 BRADLEY STREET
   BRIDGEPORT, CT 06610

3. **Parties Served Electronically Include:**
   Debtor's Attorney: MARJORIE R. GRUSZKIEWICZ
   Email: gruszkiewicz@yahoo.com
   Ronald Ian Chorches    ronchorcheslaw@sbcglobal.net
   Office of the United States Trustee:
   Kim McCabe, Assistant United States Trustee
   ustpregion02.nh.ecf@usdoj.gov

                                       */s/ Roberta Napolitano*
                                       Roberta Napolitano
                                       Chapter 13 Standing Trustee
                                       10 Columbus Blvd., 6th Floor
                                       Hartford, CT 06106
                                       Tel: (860) 278-9410
                                       Email: rnapolitano@ch13rn.com
                                       Federal Bar No.: tr0837813